U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 10 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

---

| | |
|---|---|
| RITA MAE RICHARD | CIVIL ACTION NO. 07-0050 |
| versus | JUDGE DONALD E. WALTER |
| GEORGIA GULF LAKE CHARLES, LLC AND MARK JAKEL | MAGISTRATE JUDGE WILSON |

AND ALL CONSOLIDATED CASES

---

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after having thoroughly reviewed the record, including the written objections filed herein, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motions to Remand be and are hereby **DENIED** and that all plaintiffs' claims against defendant Mark Jakel be **DISMISSED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8 day of August, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE